AO 91 (Rev. 11/11)  Criminal Complaint

AUSA: Philip Jacques  Telephone: (313) 226-9100
Deputy: Tarick Shihadeh  Telephone: (313) 202-0135

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Frankie Delina Dye

Case: 2:25-mj-30661
Assigned To : Unassigned
Assign. Date : 10/23/2025
Description: USA V SEALED (LLH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 20, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751(a) | Escape from custody. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Tarick Shihadeh, Deputy- USMS
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: October 23, 2025

_____
Judge's signature

City and state: Detroit, Michigan

Hon. Anthony P. Patti, United States Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Deputy United States Marshal Tarick Shihadeh, after being duly sworn, deposes and says the following:

## INTRODUCTION

1.  I am a Criminal Investigator (CI), Deputy United States Marshal (DUSM) of the United States Marshals Service (USMS) and have been so employed since January 2025. I am currently assigned to the Eastern District of Michigan and part of my duties also include working with the Detroit Fugitive Apprehension Team (DFAT). The DFAT is composed of federal, state, and local law enforcement officers investigating federal, state, and local fugitives. I have gained experience through training, classes, and daily work, to include but not limited to these types of investigations.

2.  As a Deputy United States Marshal, I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516, Title 18, United States Code. Furthermore, it is part of my duties to investigate and prosecute persons in violation of 18 United States Code 751(a), Escape. The statements contained in this Affidavit are based on my experience and background as a

1

DUSM and information provided by Officials from the Federal Bureau of Prisons. I have not set forth every fact resulting from this investigation; rather I have set forth a summary of the investigation to date to establish that Frankie Delina DYE, did escape the custody of the Federal Bureau of Prisons (BOP) in violation of Title 18, United States Code, Section 751(a).

## PROBABLE CAUSE

3. On May 6, 2016, Frankie Delina DYE was sentenced to 172 months in custody of the Bureau of Prisons for Unarmed Bank Robbery. DYE arrived at FCI Jesup on June 1, 2016, to serve his sentence.

4. On February 12, 2025, the BOP transferred DYE from FCI Jesup to Cherry Street Services, Residential Reentry Center (RRC), 8833 Townsend St., Detroit, Michigan 48213 to serve the remainder of his sentence. Cherry Street Services is a BOP residential re-entry center, or RRC. When the BOP transferred DYE to Cherry Health, he remained in custody of the BOP and had not yet completed his sentence.

5. DYE had an expected good-time release date of January 18, 2027, via First Step Act.

6. On October 20, 2025, DYE departed the RRC on an employment pass with a return time of 18:15 pm. DYE failed to return as scheduled. 2CA Cherry Street Services, INC. staff have made several attempts to contact DYE's cell phone

number, his emergency contact, and mother's cell phone. 2CA Cherry Street Services, INC. Staff also checked hospitals and jails verifying he had not been admitted or arrested. Currently, DYE's whereabouts are unknown. DYE was placed on escape status on October 20, 2025, at 18:15 pm. and the USMS was notified October 20, 2025, at 22:46 pm.

7. The United States Marshals Service (USMS), Detroit Fugitive Apprehension Team (DFAT) is actively searching for DYE with negative results.

### CONCLUSION

8. Based on the foregoing, there is probable cause to believe that Frankie Delina DYE, an individual in custody of the Federal Bureau of Prisons, escaped when he left the Cherry Street Services, a residential re-entry center, located in Detroit, MI and did not return.

Respectfully submitted,

*Tarick Shihadeh*
Tarick Shihadeh, Criminal Investigator
Deputy United States Marshal
United States Marshals Service

Sworn to before me and signed in my
Presence and/or by reliable electronic means.

_____
Hon. Anthony P. Patti
United States Magistrate Judge

Date: October 23, 2025

3